UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-60317-CR-BLOOM

UNITED STATES OF AMERICA

vs.

ANDREW J. BOURDEAUX,

    Defendant.
_____/

**ORDER OF DISMISSAL**

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Florida hereby dismisses the Indictment against the above-named Defendant.

                                  Respectfully submitted,

                                  WIFREDO A. FERRER
                                  UNITED STATES ATTORNEY

Leave of Court is granted for the filing of the foregoing Dismissal.

5/18/16
DATE

                                  BETH BLOOM
                                  UNITED STATES DISTRICT COURT JUDGE