UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 15-60317-CR-BLOOM

**UNITED STATES OF AMERICA,**

v.

**EDWARD R. SACHS,**

    **Defendant.**
_____/

**MOTION FOR REDUCTION OF SENTENCE**

    Pursuant to United States Sentencing Guideline Section 5K1.1, the United States of America hereby moves for a reduction of the sentence of Defendant Edward R. Sachs, based on his substantial assistance in the prosecution of others. In support of this Motion, the Government states the following:

    1.    The Defendant's sentencing in this case is currently set for June 16, 2016.

    2.    The Defendant has provided substantial assistance to the Government in the prosecution of others. The Government will indicate the nature and quality of the Defendant's cooperation at the Defendant's sentencing hearing or, should the Court request, by other means.

    3.    Based on the Defendant's cooperation, the Government respectfully requests that the Defendant's sentence be reduced by twenty percent from the low end of his statutory guidelines range, which would result in a sentence of 21 months' incarceration.

4. The undersigned conferred with counsel for the Defendant regarding the relief sought in this Motion. Counsel agrees with the relief sought but requests more than the twenty percent reduction requested by the government.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By: /s/ Roger Cruz
Roger Cruz
Assistant United States Attorney
Florida Bar Number 157971
99 Northeast 4th Street
Miami, Florida 33132
(305) 961-9207
(305) 530-7976 (fax)
Roger.Cruz@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ Roger Cruz
Roger Cruz
Assistant United States Attorney